**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  06-cv-00114-AP

JENNIFER L. MESTAS,

                Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Gail C. Harriss
DAWES AND HARRISS, P.C.
572 E. Third Avenue
Durango, CO   81301
Phone: (970) 247-4411
Fax: (970) 247-1482

<u>For Defendant</u>:
Laura Ridgell-Boltz
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

-1-

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** January 23, 2006

**B. Date Complaint Was Served on U.S. Attorney's Office:** February 13, 2006

**C. Date Answer and Administrative Record Were Filed:** April 27, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Plaintiff, to the best of her knowledge, states that the Administrative Record is complete and accurate.

Defendant, to the best of her knowledge, states that the Administrative Record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Plaintiff does not intend to submit additional evidence.

Defendant does not intend to submit additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.

## 7. OTHER MATTERS

Plaintiff has no other matters to bring to the attention of the Court.

Defendant has no other matters to bring to the attention of the Court.

**8. PROPOSED BRIEFING SCHEDULE**

    **A. Plaintiff's Opening Brief Due:**  June 26, 2006

    **B. Defendant's Response Brief Due:**  July 26, 2006

    **C. Plaintiff's Reply Brief (If Any) Due:** August 10, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B. Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.COLO. LCIVR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all pro se parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED:   May 18, 2006.

                                    BY THE COURT:

                                    s/John l. Kane
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

s/  **Gail C. Harriss**
Gail Harriss
Dawes And Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
(970) 247-4411, ext. 18
Gail.harriss@dawesandharriss.com
Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY


s/  **Laura Ridgell-Boltz**
Laura Ridgell-Boltz
Special Assistant U.S. Attorney
Laura.Ridgell-Boltz@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)