IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-114-AP**

**JENNIFER L. MESTAS,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER REMANDING CASE

Kane, J.

This matter is before me on the Commissioner's Unopposed Motion for Remand. The Motion is GRANTED and the case remanded for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk shall enter judgment in accordance with Fed. R. Civ. P. 58.

Dated:  August 21, 2006                    **s/John L. Kane**
                                                      SENIOR U.S. DISTRICT JUDGE