# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 06-cv-00114-AP**

**JENNIFER L. MESTAS,**

        **Plaintiff,**

**vs.**

**JO ANNE B. BARNHART, Commissioner,**
**Social Security Administration,**

        **Defendant.**

___

## ORDER
___

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (doc. #17), filed September 20, 2006, it is

ORDERED that the Motion is GRANTED.  Plaintiff is awarded EAJA attorney fees in the amount of $2,695.63, to be made payable to Gail C. Harriss, Attorney for Jennifer L. Mestas.

DATED this 20th day of September, 2006.

        BY THE COURT:

        s/John L. Kane
        U.S. District Court Judge